## United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: October 25, 2004

To: United States Court of Appeals    Attn: (✓) Civil
     For the Ninth Circuit
     Office of the Clerk                         ( ) Criminal
     95 Seventh Street
     San Francisco, California 94103     ( ) Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:       CV 03-00267-DAE      Appeal No:    04-16077

Short Title:    Annan-Yartey vs. Star Protection

| | | |
|---|---|---|
| Clerk's Files in | 4 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet

Acknowledgment: _____ Date: _____

FILED
OCT 27 2004
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

cc: all counsel



January 3, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CV-03-00267-DAE
**Appeal Number:** 04-16077
**Short Title:** Annan-Yartey v. Star Protection

**Volumes**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 4 | | | | 0 | Certified Copy(ies) | | |
| **Reporters Transcripts in:** | 0 | | | | 0 | Certified Copy(ies) | | |
| **Exhibits in:** | 0 | Envelopes | | | 0 | Under Seal | | |
| | 0 | Boxes | | | 0 | Under Seal | | |
| | 0 | Volumes | Volume | 0 | of record | | 0 | Under Seal |
| **State Lodged Docs in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| **Bulky Documents in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| **Other:** | | | | | | | | |

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.